UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IVAN WILLIAMS, | ) |
| Plaintiff, | ) Case No. 1:05-cv-391 |
| v. | ) Honorable Richard Alan Enslen |
| DAVID PRATT, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. On August 11, 2005, after undertaking the review required by the Prison Litigation Reform Act, PUB. L. NO. 104-134, 110 STAT. 1321 (1996) (PLRA), the Court entered an Opinion and Judgment dismissing Plaintiff's action for failure to state a claim upon which relief can be granted. 28 U.S.C. §§ 1915(e)(2), 1915A; 42 U.S.C. § 1997e(c). The matter presently is before the Court on Plaintiff's Motion for Reconsideration filed August 24, 2005. In its August 11, 2005 Opinion and Judgment, this Court concluded that the issues in Plaintiff's Complaint, regarding his inability to purchase snack foods and electronic devices with electrical cords while in administrative segregation, failed to allege a cognizable federal claim. In his Motion for Reconsideration, Plaintiff did not make any arguments that would undermine the Court's conclusion that Plaintiff's complaint failed to state a claim. Plaintiff's Motion for Reconsideration is required to "not only demonstrate a palpable defect by which the Court and the parties have been mislead, but also show that a different disposition of the case must result from a correction thereof." W.D. MICH. LCIVR 7.4(a). Plaintiff has failed to

demonstrated a defect in this Court's August 11, 2005 Opinion, nor has he shown that a different result is required. Accordingly, and for the same reasons the Court dismissed the complaint,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Reconsideration (Dkt. No. 11) is **DENIED**.

|  |  |
|---|---|
| DATED in Kalamazoo, MI:<br>October 5, 2005 | /s/ Richard Alan Enslen<br>RICHARD ALAN ENSLEN<br>SENIOR UNITED STATES DISTRICT JUDGE |